Supreme Court, New York Special Term. Reported. N. Y. L. J., June 9, 1900.

In the Matter of the Application of MAYNARD N. CLEMENT for an Injunction Against DOBIE R. HARLEY.

*Royal R. Scott,* for petitioner.

LEVENTRITT, J.: The testimony taken before the referee satisfies me that there has been a violation of the Liquor Tax Law, and that an injunction should issue pursuant to section 29 thereof.

Settle order on notice.

Supreme Court, New York Special Term, June, 1900. Reported. 66 N. Y. Supp. 1133.

In the Matter of the Petition of JOHN S. HANSON to Revoke the Liquor Tax Certificate of ANTHONY HOWARD.

*Royal R. Scott,* for petitioner.

LEVENTRITT, J. It is quite apparent from the survey that the required number of consents within the prohibited distance has not been secured. Even could the respondent's erroneous claim of measurements be accepted, it would still remain that several of the improperly acknowledged consents necessary to make the requisite two-thirds have been obtained by fraud and misrepresentation and must, therefore, be disregarded. The misstatements were willful and of material facts and compel a revocation of the certificate. (*Kessler* v. *Cashin,* L. J., June 11, 1900.) The application is granted as of the date of the filing of the petition. (*Lyman* v. *Monahan,* 28 Misc. 408, 48 App. Div. 275.)